IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SEAN C. PULLIAM                                                                                    PLAINTIFF

VS.                                                                          CAUSE NO.: 1:15-CV-137-SA-DAS

HUGH E. BROWN AND HAROLD
GWATNEY CHEVROLET COMPANY                                                          DEFENDANTS

AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be and the same is hereby dismissed with prejudice, with each party bearings its own costs.

SO ORDERED AND ADJUDGED, this the 17th day of August, 2017.

                                               /s/ Sharion Aycock
                                               UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Kenneth Mayfield
Kenneth Mayfield, Esq. - MS Bar #1966
*Attorney for Sean Pulliam*

/s/ Wilton V. Byars, III
Wilton V. Byars, III, Esq. - MS Bar #9335
*Attorney for Harold Gwatney Chevrolet Company*

/s/ Joe S. Deaton, III
Joe S. Deaton, III, Esq., MS Bar #8839
*Attorney for Hugh Brown*